IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KERTAVIS WAYNE JUDKINS, #234 845, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:20-CV-479-RAH-SMD ) |
| CAPTAIN NATHANIEL LAWSON, | ) ) |
| Defendant. | ) |

## **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on February 4, 2021. Doc. 13. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, this 25th day of February, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE